IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN DELBAGGIO** | : | |
| **and ALYSSA DELBAGGIO,** | : | |
| | : | **Civil Action No. 3:23-131** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TIM ALBRIGHT, NORTHLAND** | : | |
| **PROPERTIES LLC and** | : | |
| **NORTHWOOD DEVELOPMENT** | : | |
| **CO., INC.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 27th day of November 2023, IT IS HEREBY ORDERED that the above captioned case is closed without prejudice for failure of Plaintiffs to make service on the Defendants within 90 days of the filing of the complaint per Order of November 8, 2023.

BY THE COURT:

_____
**KIM R. GIBSON,**
**UNITED STATES DISTRICT JUDGE**